# Exhibit B

**Iowa House Press Credentialing Policy**

The Chief Clerk of the House administers press credentials to news organizations requiring on-site access to cover the Iowa House of Representatives. There are two types of credentials available: a one-day, temporary pass; and a permanent pass, which is valid for two (2) years, concurrent with the two (2) year term of the General Assembly.

1. Administration of the press box shall be vested in the Chief Clerk of the House.

2. Persons desiring admission to the press box of the House Chamber shall apply to the Chief Clerk of the House. Applications are subject to review and approval by the Chief Clerk.

3. The Chief Clerk of the House shall limit membership in the press box to bona fide correspondents of repute in their profession. An applicant for press credentials must establish to the satisfaction of the Chief Clerk of the House that he or she is a paid correspondent who requires on-site access to House representatives and staff. Correspondents must be employed by a news organization:
- With the General Publication periodicals mailing privileges under U.S. Postal Service rules, and that publishes regularly; or
- Whose principal business is the regular dissemination of original news to a broad segment of the public.

4. The applicant must not be engaged in any lobbying or advocacy, advertising, publicity, or promotion for any individual, political party, group, corporation, organization, or a federal, state or local government agency, or in prosecuting any claim before the House or any federal, state, or local government department, and will not do so while a credentialed member of the press.

5. The applicant's publication must be both editorially independent of any institution, foundation or interest group that lobbies the state government and also established principally as a general news organization.

6. Press credential applications must include the name of the applicant, the news organization they are employed by, and contact information (i.e. phone, email, address, etc.). Failure to provide information to the Chief Clerk of the House for this determination, or misrepresenting information, can result in the denial or revocation of credentials.

7. Credentialed members of the press have access to the House chamber, but are restricted to the press box area and the perimeter benches immediately adjacent to the press box area. Credentialed members of the press must receive approval from the Chief Clerk to use any area of the chamber other than the designated press areas. Credentialed members of the press shall not approach members on the House floor but may contact communications directors in the Speaker or Minority Leader's offices to arrange interviews. Representatives and staff may, on their own initiative, seek out members of the press on the House floor.

8. Each news organization is responsible for the conduct of their credentialed members. Failure of an individual credentialed member of a news organization to abide by the House Rules and House Press Credentialing Policy may result in the revocation of all credentials issued to that news organization.

9. Visiting members of the press wishing to obtain a one-day, temporary pass must fill out and submit the press credential application at least one (1) business day prior to the date in which on-site access is requested. Applicants will be notified via email if his or her application is approved.

10. Credentials must be picked up from the Chief Clerk of the House prior to accessing the House floor.

11. Anyone who has been issued a press credential by the House and is found to be in violation of these policies or House Rules will have their credential revoked and will no longer be granted access to the House Chamber for a time period to be determined by the Chief Clerk of the House.

12. The Iowa Capitol Building is a public building open to members of the general public. The public may observe floor debate in the House in both the north and south galleries of the House chamber, which is accessible from the third floor. Additionally, subcommittee and committee meetings in the House are open to members of the public. A press credential is not required to attend or observe these functions.