# Exhibit C



**SUSTAINING MEMBERS**
Business Record, Des Moines
Cedar Rapids Gazette
Centerville Iowegian
Cityview, Des Moines
Community Publishing Co., Armstrong
Des Moines Register
Iowa Broadcasters Association
Iowa Cubs
Iowa Newspaper Association
Iowa Public Television
KCCI-TV, Des Moines
KCRG-TV, Cedar Rapids
Meredith Corporation
N'West Iowa REVIEW, Sheldon
Quad-City Times, Davenport
Sioux City Journal
Storm Lake Times
WHO-TV, Des Moines
Woodward Communications Inc.,
  Dubuque Telegraph Herald,
  Dyersville Commercial, Cascade
  Pioneer, Manchester Press, Mount
  Vernon-Lisbon Sun, Marion Times,
  Anamosa Journal-Eureka, Solon
  Economist, North Liberty Leader,
  Linn News-Letter

**FIRST AMENDMENT MEMBERS**
American Civil Liberties Union of Iowa
Ames Daily Tribune
Associated Press, Iowa Bureau
Carroll Daily Times Herald
Burlington Hawk Eye
Rob Davis, Des Moines
David E. Drake, D.O., and Claire
  Cumbie-Drake, J.D., Des Moines
Drake University School of Journalism
Greenlee School of Journalism and
  Communication, Iowa State University
Harlan News-Advertiser, Harlan Tribune
Indiana-Illinois-Iowa Foundation for
  Fair Contracting
Iowa Association for Justice
Iowa Association of School Boards
Iowa Broadcast News Association
Iowa Center for Public Affairs
  Journalism, IowaWatch.org
Iowa High School Press Association
Iowa Institute for Public Accountability
KWWL-TV, Waterloo
RAYGUN LLC
School of Journalism and Mass
  Communication, University of Iowa
Washington Evening Journal, Fairfield
  Ledger, Mount Pleasant News
Waterloo-Cedar Falls Courier
David Yepsen, Des Moines

March 4, 2019

Gov. Kim Reynolds
Iowa Capitol

Speaker Linda Upmeyer          President Charles Schneider
Iowa House                     Iowa Senate

Chief Clerk Carmine Boal       Secretary Charlie Smithson
Iowa House                     Iowa Senate

Greetings:

I write to you on behalf of the Iowa Freedom of Information Council. We are an education and advocacy organization that was established 40 years ago by leaders from across Iowa — business executives, representatives of broadcasting and publishing, attorneys, educators, librarians and open-government advocates — to provide a shared voice on issues affecting open government and government accountability.

There has been much discussion in Iowa in the past two months about the criteria for journalists wanting media credentials to cover proceedings in person of the Iowa Senate, Iowa House and the governor's press conferences. The questions have arisen over the decision to deny Laura Belin credentials to cover the House from inside the chamber and from the requirements communicated to Ms. Belin that both House and Senate credentials are necessary to participate in the governor's press conferences in Des Moines.

The Iowa FOI Council is concerned about these decisions. But our concerns are more broad and fundamental than simply the response to Ms. Belin's request.

Without regard to the editorial views of journalists or their employers, the Council believes Iowa government leaders should be encouraging journalists to cover the important policy discussions, deliberations and decisions by the General Assembly and by the governor — rather than discouraging coverage through arbitrary rules that we believe deny media credentials to legitimate reporters.

At a time when the number of reporters employed by traditional media outlets is declining nationwide, the role being played by non-traditional media is growing in importance. The Iowa Supreme Court was cognizant of this



Page 2

fact in 2014 when the Court expanded the definition of news media eligible to cover court proceedings using computers, smart phones and still and video cameras inside Iowa's courtrooms.

Iowa Court Rule 25.1(5) contains the following definition, which we think should guide leaders of the General Assembly and the governor's staff in determining who is eligible for media credentials:

> *"News media" includes any person who regularly gathers, prepares, photographs, records, writes, edits, reports, or publishes news or information about matters of public interest in any medium and who successfully applies to participate in expanded news media coverage and agrees to comply with all court rules.*

The Iowa FOI Council does not believe it is appropriate for decisions about access to the press bench in the House or Senate or to the governor's press conferences at the Capitol to be based on how a reporter's content is distributed, whether the journalist is paid, whether the journalist is supervised by a manager, or whether the journalist writes opinions or produces news analyses as part of his/her journalistic reports.

The controversy that has enveloped Ms. Belin's application for House credentials stands in stark contrast with the tradition of openness to in-depth media coverage that the General Assembly and Iowa's governors, Republicans and Democrats, have long facilitated.

The following undersigned members and friends of the Iowa FOI Council encourage Governor Reynolds, House Speaker Upmeyer, Senate President Schneider, Chief Clerk Boal and Secretary Smithson to immediately revise your policies and practices on media credentials and to begin granting them in ways that are above question and that ensure fairness and equality of access.

Thank you for your consideration of our concerns and suggestions.

Respectfully,

*Randy Evans*

Randy Evans
Executive Director

(515) 745-0041
IowaFOICouncil@gmail.com



Page 3

This letter also is signed by the following individuals. Their titles and employers are provided for identification purposes:

**Debbie Anselm**
*Publisher, Quad-City Times*

**Tony Baranowski**
*Director of local media,*
*Times Citizen Communications, Iowa Falls*

**Perry Beeman**
*Managing editor, Des Moines Business Record*

**Tory Brecht**
*News director, Iowa City Press-Citizen*

**Jason Brummond**
*Publisher, The Daily Iowan*

**Doug Calsbeek**
*Editor, Sioux County Capital-Democrat*

**Bonnie Campbell**
*Former Iowa attorney general*

**Lisa Carponelli**
*Associate professor multimedia communications, Simpson College*

**Brian Cooper**
*Editorial page editor, Dubuque Telegraph Herald*

**Michael Crumb**
*Editor, Ames Tribune*

**John Cullen**
*Publisher, Storm Lake Times*

**Amy Duncan**
*Publisher/owner, Indianola Independent Advocate*

**John Gaines**
*Managing editor, Burlington Hawk Eye*

**Amy Gilligan**
*Executive editor, Dubuque Telegraph Herald*

**Shane Goodman**
*Publisher, Big Green Umbrella Media, Johnston*

**Kristin Grabinoski**
*Owner/publisher, Armstrong Journal, Ringsted Dispatch, Swea City Herald-Press, Bancroft Register, West Bend Journal, Graettinger Times, Ruthven Zipcode, Pocahontas Record Democrat, Buena Vista County Journal, Laurens Sun*

**Andrew Grove**
*Assistant news director, KTVO-TV, Ottumwa*

**Mark Hamilton**
*Publisher, Iowa Falls Times-Citizen; general manager, Ackley World Journal, KIFG radio*



Page 4

This letter also is signed by the following individuals. Their titles and employers are provided for identification purposes:

**Dodie Hook**
*Publisher, Akron Hometowner*

**W. James Johnson**
*Owner/Publisher, Kalona News*

**Sara Konrad Baranowski**
*Editor, Iowa Falls Times Citizen*

**Jake Krob**
*Group publisher, Mount Vernon-Lisbon Sun, Marion Times, Solon Economist, Linn News-Letter, North Liberty Leader, North Johnson County, Marion Today*

**Zack Kucharski**
*Executive editor, Cedar Rapids Gazette*

**Julie Ann Madden**
*Editor, Akron Hometowner*

**David Mayberry**
*Editor, Mason City Globe Gazette*

**Trevis Mayfield**
*President, Maquoketa Sentinel-Press, Bellevue Herald-Leader, DeWitt Observer*

**Matt Milner**
*Managing editor, Ottumwa Courier*

**Gage Miskimen**
*Editor in chief, The Daily Iowan*

**Rick Morain**
*Member, Iowa Public Information Board*

**Alan Mores**
*Co-Publisher, Harlan Newspapers*

**Lyle Muller**
*Executive director, Iowa Center for Public Affairs Journalism, Iowa City*

**Charlie Nixon**
*Editor, Coon Rapids Enterprise*

**Kyle J. Ocker**
*Editor, Centerville Daily Iowegian; regional editor, Knoxville Journal-Express, Pella Chronicle*

**Dylan Parker**
*Analyst, Indiana-Illinois-Iowa Foundation for Fair Contracting*

**Abigail Pelzer**
*Publisher, Marshalltown Times-Republican*

**Kathleen Richardson**
*Dean, School of Journalism and Mass Communication, Drake University*

**Mark Siebert**
*Assistant professor multimedia communications, Simpson College*



Page 5

This letter also is signed by the following individuals. Their titles and employers are provided for identification purposes:

**Karen Spurgeon**
*Publisher, Bloomfield Democrat*

**Brian Steffen**
*Professor and chair, multimedia communication, Simpson College*

**Kent Thompson**
*News editor, Humboldt Independent*

**Chuck Vandenberg**
*Editor, Pen City Current, Fort Madison*

**Mark Witherspoon**
*Editorial adviser, Iowa State Daily*

**David Witke**
*Retired managing editor,*
*The Des Moines Register*