# Exhibit D



January 7, 2020

Meghan Nelson
Office of the Chief Clerk, Iowa House of Representatives
1007 E. Grand Avenue
Des Moines, IA 50319

Dear Chief Clerk Nelson,

Attached please find my application for press credentials in the Iowa House of Representatives for the 88th General Assembly.

Bleeding Heartland is an LLC whose principal business is the regular dissemination of original news about Iowa politics to a broad segment of the public. The website published 638 articles or commentaries during 2019, of which I wrote 348. Dozens of those pieces related to the Iowa House. A number of Iowa and national media outlets have cited my reporting and analysis.

As the sole member of Bleeding Heartland LLC, which is duly incorporated under Iowa law, I am entitled to any and all distributions and profits from the website, including reader contributions. Consequently, like a reporter who earns a living through subscriptions to the publication he owns, I meet the remuneration criteria of paid correspondents.

Bleeding Heartland is editorially independent of all organizations and groups lobbying state government.

Yours,

Laura Belin

1705 Plaza Circle    Windsor Heights, IA 50324    www.bleedingheartland.com