# Exhibit E



Laura Belin <desmoinesdem@bleedingheartland.com>

# Press Credential

**Laura Belin** <desmoinesdem@bleedingheartland.com>   Fri, Jan 10, 2020 at 8:14 PM
To: "Nelson, Meghan [LEGIS]" <Meghan.Nelson@legis.iowa.gov>

Chief Clerk Nelson,

The Iowa House credentialing policy says nothing like this: "the House does not credential outlets that are nontraditional/independent in nature."

https://www.legis.iowa.gov/docs/publications/CCDOC/1050120.pdf

For what specific reason have you determined that I don't meet the criteria for credentialed media?

I am similarly situated to Jack Hunt of the Iowa Legislative News Service. He is both primary reporter and the owner/operator of a news organization. He has been credentialed in the Iowa House for decades.

Yours,

Laura Belin
1705 Plaza Circle
Windsor Heights, IA 50324
(515) 276-6971

http://www.bleedingheartland.com

On Fri, Jan 10, 2020 at 5:59 PM Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov> wrote:

> January 10, 2020
>
> Laura Belin
>
> Bleeding Heartland
>
> Email: desmoindem@bleedingheartland.com
>
> Thank you for your application.

After review, you do not meet the requirements of the Iowa House of Representative's press credentialing policy.  The House does not credential outlets that are nontraditional/independent in nature. This does not prevent you from covering the proceedings of the Iowa House. In case you were unaware, all subcommittee and committee meetings are open to the public. You are also able to observe floor action from the public galleries on the north and south sides of the House chamber (accessible via the third floor), as well as stream it online via the Legislative website. Press credentials are not required to attend or observe these functions.

If you're interested in obtaining an interview with a specific State Representative, I'd encourage to reach out to them directly. Both the House Republicans and House Democrats have Communications Directors that can help arrange.

Thank you,

*Meghan Nelson*

Meghan J. Nelson, MPA

Chief Clerk

Iowa House of Representatives

O: 515.281.5383

 Laura Belin <desmoinesdem@bleedingheartland.com>

## following up on application

**Nelson, Meghan [LEGIS]** <Meghan.Nelson@legis.iowa.gov>  Fri, Jan 10, 2020 at 11:51 AM
To: Laura Belin <desmoinesdem@bleedingheartland.com>

Yes I have received your application.

Thank you,

Meghan Nelson

Chief Clerk Of the Iowa House

O: 515.281.5383

**From:** Laura Belin <desmoinesdem@bleedingheartland.com>
**Sent:** Friday, January 10, 2020 11:36 AM
**To:** Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov>
**Subject:** following up on application

Dear Chief Clerk Nelson,

I left my application for Iowa House credentials with your assistant on Wednesday and am following up to make sure you received it.

I can also send a copy electronically if you would like it in that form as well.

Yours,

Laura Belin

1705 Plaza Circle

Windsor Heights, IA 50324

(515) 276-6971

http://www.bleedingheartland.com



Laura Belin <desmoinesdem@bleedingheartland.com>

## seeking credentials for 2020 legislative session

**Laura Belin** <desmoinesdem@bleedingheartland.com>  Mon, Dec 23, 2019 at 6:49 AM
To: "Nelson, Meghan [LEGIS]" <Meghan.Nelson@legis.iowa.gov>

Thank you.

On Mon, Dec 23, 2019 at 5:58 AM Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov> wrote:
> Ms. Belin,
>
> Here is the link to the application: https://www.legis.iowa.gov/docs/publications/CCDOC/1050123.pdf or https://www.legis.iowa.gov/docs/publications/CCDOC/1050120.pdf.
>
>
> Thank you,
>
> Meghan Nelson
>
> _____
> From: Laura Belin <desmoinesdem@bleedingheartland.com>
> Sent: Friday, December 20, 2019 2:52:55 PM
> To: Nelson, Meghan [LEGIS]
> Subject: Fwd: seeking credentials for 2020 legislative session
>
> Dear Chief Clerk Nelson,
>
> Circling back because I am still unable to find the form to apply for Iowa House media credentials for the 2020 legislative session.
>
> Please either send a copy of the form, direct me to a link where I can download the form, or explain the legal basis for not allowing me to apply for credentials.
>
> Yours,
>
> Laura Belin
>
> ---------- Forwarded message ---------
> From: Laura Belin <desmoinesdem@bleedingheartland.com<mailto:desmoinesdem@bleedingheartland.com>>
> Date: Mon, Dec 2, 2019 at 3:15 PM
> Subject: seeking credentials for 2020 legislative session
> To: Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov<mailto:Meghan.Nelson@legis.iowa.gov>>
>
>
> Dear Chief Clerk Nelson,
>
> I am unable to find the application for Iowa House media credentials on the legislative website.
>
> If the form is not available yet, please let me know when it will be published. If the form is available, please send a link to the correct page or a copy, so that I can apply for credentials to cover the upcoming legislative session.
>
> Thank you in advance.

Laura Belin
1705 Plaza Circle
Windsor Heights, IA 50324
(515) 276-6971

http://www.bleedingheartland.com

 Laura Belin <desmoinesdem@bleedingheartland.com>

## application for Iowa House credentials

**Laura Belin** <desmoinesdem@bleedingheartland.com>  Fri, Oct 18, 2019 at 11:55 AM
To: "Nelson, Meghan [LEGIS]" <Meghan.Nelson@legis.iowa.gov>

Dear Chief Clerk Nelson,

I am the publisher and primary journalist for the Iowa politics website Bleeding Heartland. My website is organized as an LLC whose principal business is to regularly publish original reporting about Iowa politics, including state government and the General Assembly.

At your convenience, please send a copy of the application for press credentials to cover the Iowa House during the 2020 legislative session.

Yours,

Laura Belin
1705 Plaza Circle
Windsor Heights, IA 50324
(515) 276-6971

http://www.bleedingheartland.com