# Exhibit F

# Gmail

KHOI FM <khoiradio@gmail.com>

## Re: Request for Press Credentials
1 message

**Nelson, Meghan [LEGIS]** <Meghan.Nelson@legis.iowa.gov>
To: KHOI <khoiradio@gmail.com>

Mon, Dec 21, 2020 at 10:53 AM

We have no form at this time. And have not decided what the process will be this year, yet.

Thank you
Meghan

From: KHOI <khoiradio@gmail.com>
Sent: Monday, December 21, 2020 9:17:39 AM
To: Nelson, Meghan [LEGIS]
Subject: Request for Press Credentials

Dear Ms. Nelson,

I am writing from KHOI Radio 89.1 FM in Story CIty / Ames, to request press credentials for our reporter to the House floor and that she be added to the Media List.

KHOI has employed Ms. Laura Belin to report on legislation and other news from the DSM capital during the

year 2021.

If there is a form for us to fill out or if any other documents are needed, please email the form and/or information about other requirements to me at this address or send it in the mail to:

KHOI Radio
410 DOuglas
Ames, Iowa 50010

Thank you for your help.

Warm regards and we are appreciative of your help,

Ursula Ruedenberg
Station Manager
KHOI Radio
Ames, Iowa
510-812-7989 cell phone
--