| | | |
|---|---|---|
| **Meghan J. Nelson**<br>Chief Clerk<br>Iowa House of Representatives |  | **Iowa Legislature**<br>State of Iowa<br>*General Assembly*<br>STATEHOUSE<br>Des Moines, Iowa 50319<br>E: Meghan.nelson@legis.iowa.gov<br>O: 515.281.5383 |

Date: January 4, 2021
Re: Press Credentialing for the Iowa House of Representatives

In advance of the 2021 legislative session, the Iowa House of Representatives will be implementing several mitigation efforts to ensure the health and safety of legislators, staff, media, and members of the public.

In order to allow for additional work space for Representatives and staff, the House will not be issuing credentials for 2021, which allowed you to gain access to the chamber floor. Similar to what was done when we came back last June, media will not have access to the floor, but will have a reserved seating area in the north gallery of the chamber. The first week of session, we may ask the media to move to the south gallery in reserved spots there.

If you would like to request an interview with a specific Representative, you are encouraged to contact the appropriate Communications Director for House Republicans or House Democrats.

If you have any questions, contact the Chief Clerk, Meghan Nelson at Meghan.Nelson@legis.iowa.gov or 515.281.5383.