# Exhibit H

## Iowa House Press Work Space Application Policy

The Chief Clerk of the House administers work space on the floor of the Iowa House to news organizations requiring on-site access to cover the Iowa House of Representatives. There are two types of applications available: a one-day, temporary pass; and a permanent pass, which is valid for one (1) year.

The Chief Clerk will assign seats in the press box. Preference will be given to full-time, paid employees of a news organization with the greatest and most frequent need for House floor access, as determined at the discretion of the Chief Clerk of the House.

<u>How to Apply for House Floor Work Space</u>
Persons desiring work space on the House floor shall apply to the Chief Clerk of the House. Applications are subject to review and approval by the Chief Clerk.

Applications for permanent work space on the House floor for the 2024 Legislative Session are due to the Chief Clerk of the House by January 5, 2024. Members of the press wishing to obtain a one-day, temporary pass must fill out and submit the work space application at least 24 hours prior to the date in which on-site access is requested. Applicants will be notified via email if his or her application is approved.

Work space applications must include the name of the applicant, the news organization they are employed by, and contact information (i.e. phone, email, address, etc.). Failure to provide information to the Chief Clerk for this determination, or misrepresenting information, can result in the denial or revocation of work space.

<u>Policies and Procedures</u>
Administration of the press box shall be vested in the Chief Clerk of the House.

The Chief Clerk of the House shall limit work space to bona fide correspondents of repute in their profession. An applicant for work space must establish to the satisfaction of the Chief Clerk of the House that he or she is a full-time paid employee of a news organization who requires on-site access to House representatives and staff. Correspondents must be a full-time employee of a news organization:
- With the General Publication periodicals mailing privileges under U.S. Postal Service rules, and that publishes regularly; or
- Whose principal business is the regular dissemination of original, nonpartisan news to a broad segment of the public.

The applicant must not be engaged in any lobbying or advocacy, advertising, publicity, or promotion for any individual, political party, group, corporation, organization, or a federal, state or local government agency, or in prosecuting any claim before the House or any federal, state, or local government department, and will not do so while an approved member of the press with House floor work space. The applicant must abide by the Society of Professional Journalists' Code of Ethics.

The applicant's publication must be both editorially independent of any institution, foundation or interest group that lobbies the state government and also established principally as a general news organization.

The Chief Clerk of the House shall limit work space issued to the amount the space can accommodate. Preference will be given to full-time, paid correspondents with the greatest need for frequent access to the House Floor at the discretion of the Chief Clerk of the Iowa House.

Student journalists from Iowa high schools and universities who do not meet the requirement for full-time employment may be granted a one-day, temporary pass at the discretion of the Chief Clerk of the House provided they meet every other requirement outlined in this work space policy.

Part-time employees of a qualifying news organization, who do not meet the requirement for full-time employment may be granted a one-day, temporary pass at the discretion of the Chief Clerk of the House, provided their work with the qualifying news organization is their primary form of employment, and they meet every other requirement outlined in this work space policy.

Members of the press with House floor work space have access to the House chamber, but are restricted to the press box area. Members of the press must receive approval from the Chief Clerk to use any area of the chamber other than the designated press areas during session. Members of the press may leave the press box area only to travel continuously to the restrooms or south doors to the second-floor rotunda. Members of the press shall not approach members on the House floor but may contact communications directors in the Speaker or Minority Leader's offices to arrange interviews. Representatives and staff may, on their own initiative, seek out members of the press on the House floor.

Each news organization is responsible for the conduct of their employees on the House floor. Failure of a member of a news organization to abide by the House Rules and House Press Work Space Policy may result in the revocation of all work space issued to that news organization.

The Iowa Capitol Building is a public building open to members of the general public. The public may observe floor debate in the House in both the north and south galleries of the House chamber, which is accessible from the third floor. Additionally, subcommittee and committee meetings in the House are open to members of the public. Work space is not required to attend or observe these functions.

Anyone who has been issued work space by the House and is found to be in violation of these policies, procedures or House Rules will have their work space access revoked and will no longer be granted access to the House Chamber for a time period to be determined by the Chief Clerk of the House.