# Exhibit I



Laura Belin <laurarbelin@bleedingheartland.com>

## Work Space Application

**Nelson, Meghan [LEGIS]** <Meghan.Nelson@legis.iowa.gov>   Sun, Jan 23, 2022 at 11:12 AM
To: Laura Belin <laurarbelin@bleedingheartland.com>

Ms. Belin,

This has been received.

Meghan Nelson

Chief Clerk Of the Iowa House

O: 515.281.5383


**From:** Laura Belin <laurarbelin@bleedingheartland.com>
**Sent:** Thursday, January 20, 2022 12:03 PM
**To:** Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov>
**Subject:** Fwd: Work Space Application


Dear Chief Clerk Nelson,


I did not hear back from you after sending this additional information last week.


I respectfully ask you to acknowledge that I meet the requirements of the Iowa House press work space policy, or to explain the process for appealing your determination.


Yours,


Laura

---------- Forwarded message ---------
From: **Laura Belin** <laurarbelin@bleedingheartland.com>
Date: Wed, Jan 12, 2022 at 4:54 PM
Subject: Re: Work Space Application
To: Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov>

Dear Chief Clerk Nelson,

In your message of January 7, you asserted that I "do not meet the requirements" of the Iowa House press work space policy. While I believe my application was complete and satisfactory under the House rules, I respectfully ask you to reconsider based upon the additional information I have provided below. I believe a fair reading of the rules in the context of this additional information will show that I meet all the requirements.

1. Work space is reserved for "bona fide correspondents of repute in their profession."

My peers in the journalism profession respect my work. I have been accepted as a member of the Iowa Capitol Press Association, which admits as members "any individual print, radio, television, wire service or internet reporter, or photo or video journalist, who regularly produces original reporting on the Iowa Legislature and/or Iowa state government."

The editors of the Dubuque Telegraph-Herald have described me as "one of Iowa's top political journalists," and the editors of the Des Moines Register have written that I am "a blogger and top-notch journalist who regularly breaks news."

My reporting has been cited in many state and national publications, and the Washington Post listed me among the "outstanding politics reporters to follow" in Iowa.

Secretary of the Iowa Senate Charlie Smithson has provided me with a media badge to gain access to areas in the Senate galleries that are reserved for journalists.

2. Applicants for work space must be "a full-time paid employee of a news organization who requires on-site access to House representatives and staff."

My accountant can verify that I am a full-time paid employee of Bleeding Heartland, LLC. My employer files all required income tax withholding forms and remits payments.

Among other things, my job requires extensive coverage of the Iowa legislature. My reporting on legislative happenings often includes detailed accounts of Iowa House debates, so proximity to the House floor and access to representatives and staff are important for news gathering (such as taking pictures, video or audio recordings, and seeking comments or asking clarifying questions about bills).

3. Correspondents must be employed by a news organization "whose principal business is the regular dissemination of original, nonpartisan news to a broad segment of the public."

Publishing material about Iowa politics is the sole business of my employer, Bleeding Heartland, LLC. Its website

reaches thousands of readers each week and had approximately 975,000 page views from 488,000 visitors during 2021.

Bleeding Heartland publishes approximately 600 posts annually, including many about Iowa legislative happenings. Every week the site publishes original, nonpartisan news. Here are a few recent examples of such material:

https://www.bleedingheartland.com/2022/01/11/iowa-house-district-58-to-be-open-todd-prichard-retiring/

https://www.bleedingheartland.com/2021/12/09/iowa-state-patrol-fatality-involved-vehicle-model-with-inadequate-headlights/

https://www.bleedingheartland.com/2021/12/14/new-task-force-will-review-iowa-juvenile-justice-system/

https://www.bleedingheartland.com/2021/12/15/dave-rowley-to-represent-iowa-senate-district-1/

https://www.bleedingheartland.com/2021/12/19/abdul-samad-likely-to-be-iowas-longest-serving-black-legislator/

https://www.bleedingheartland.com/2021/12/26/where-things-stand-in-iowa-house-district-89/

4. I am not engaged in lobbying, advocacy, advertising, publicity, promotion, or other activities prohibited under the Iowa House work space policy, and I will not do so as an approved member of the press with Iowa House work space.

5. I abide by every point in the Society of Professional Journalists' Code of Ethics, as does my employer. This is documented on my employer's website.

6. I have sole editorial control at Bleeding Heartland, and both my employer and I are independent of institutions, foundations, and interest groups that lobby state government.

Thank you for your consideration.

Yours,

Laura Belin

On Fri, Jan 7, 2022 at 6:44 PM Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov> wrote:

> Thank you for your application.

After review, you do not meet the requirements of the Iowa House of Representative's press work space policy. This does not prevent you from covering the proceedings of the Iowa House. All subcommittee and committee meetings are open to the public and will be live streamed again this year. You are also able to observe floor action from the public galleries on the north and south sides of the House chamber (accessible via the third floor), as well as stream it online via the Legislative website. The building has public wireless internet, if you need power in the galleries I can assist with that.

If you're interested in obtaining an interview with a specific State Representative, I'd encourage to reach out to them directly. Both the House Republicans and House Democrats have Communications Directors that can help arrange meetings with Legislators.

Meghan J. Nelson, MPA

Chief Clerk

Iowa House of Representatives

O: 515.281.5383



Laura Belin <laurarbelin@bleedingheartland.com>

## seeking to confirm receipt

**Nelson, Meghan [LEGIS]** <Meghan.Nelson@legis.iowa.gov>  Sun, Jan 2, 2022 at 9:35 AM
To: Laura Belin <laurarbelin@bleedingheartland.com>

Ms. Belin,

It has been received.

Meghan

**From:** Laura Belin <laurarbelin@bleedingheartland.com>
**Sent:** Friday, December 31, 2021 10:03 AM
**To:** Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov>
**Subject:** seeking to confirm receipt

Dear Chief Clerk Nelson,

I submitted my application for Iowa House work space yesterday (see attached screenshots) and wanted to make sure that you received it.

I have read and agree to abide by the Iowa House Press Work Space Application Policy.

Yours,

Laura Belin

--

1705 Plaza Circle

Windsor Heights, IA 50324

(515) 276-6971

http://www.bleedingheartland.com

 **Gmail**    Laura Belin <laurarbelin@bleedingheartland.com>

## seeking to confirm receipt

**Laura Belin** <laurarbelin@bleedingheartland.com>    Fri, Dec 31, 2021 at 10:02 AM
To: "Nelson, Meghan [LEGIS]" <meghan.nelson@legis.iowa.gov>

Dear Chief Clerk Nelson,

I submitted my application for Iowa House work space yesterday (see attached screenshots) and wanted to make sure that you received it.

I have read and agree to abide by the Iowa House Press Work Space Application Policy.

Yours,

Laura Belin

--

1705 Plaza Circle
Windsor Heights, IA 50324
(515) 276-6971

http://www.bleedingheartland.com

**3 attachments**


**Screen Shot 2021-12-30 at 8.12.01 AM.png**
111K


**Screen Shot 2021-12-30 at 8.24.00 AM.png**
224K



**Screen Shot 2021-12-30 at 8.12.20 AM.png**
109K