# Exhibit J

Bleeding Heartland Mail - 2023 Work Space Application                                                                    2/6/23, 8:21 PM



Laura Belin <laurarbelin@bleedingheartland.com>

## 2023 Work Space Application

**Laura Belin** <laurarbelin@bleedingheartland.com>                          Thu, Jan 26, 2023 at 3:00 PM
To: "Nelson, Meghan [LEGIS]" <meghan.nelson@legis.iowa.gov>

Dear Meghan,

I am still seeking an explanation for your determination that I "do not meet the requirements" of the Iowa House press work space policy. I am providing some additional information for your consideration. I believe a fair reading of the rules will show that I meet all the requirements.

1. Work space is reserved for "bone fide correspondents of repute in their profession."

My peers in the journalism profession respect my work. I am a member of the Iowa Capitol Press Association, which admits as members "any individual print, radio, television, wire service or Internet reporter, or photo or video journalist, who regularly produces original reporting on the Iowa Legislature and/or Iowa state government."

I am an individual member of the Society of Professional Journalists as well as Investigative Reporters and Editors, two national media organizations. Bleeding Heartland is a member of the Iowa Freedom of Information Council, which unites many news organizations.

The editors of the Dubuque Telegraph-Herald have described me as "one of Iowa's top political journalists," and the editors of the Des Moines Register have written that I am "a blogger and top-notch journalist who regularly breaks news."

My reporting has been cited in many state and national publications, and the Washington Post listed me among the "outstanding politics reporters to follow" in Iowa.

Secretary of the Iowa Senate Charlie Smithson confirmed last year and again this month that I am allowed to use areas in the Senate galleries that are reserved for journalists.

The Iowa Judicial Branch has also given me permission to attend and report on various court proceedings for which "expanded news media coverage" was approved. Iowa Judicial Branch rules define news media as "any person who regularly gathers, prepares, photographs, records, writes, edits, reports, or publishes news or information about matters of public interest in any medium [...]"

2. Applicants for work space must be "a full-time paid employee of a news organization who requires on-site access to House representatives and staff."

My accountant can verify that I am a full-time paid employee of Bleeding Heartland, LLC. My employer files all required income tax withholding forms and remits payments.

Among other things, my job requires extensive coverage of the Iowa legislature. My reporting on legislative happenings often includes detailed accounts of Iowa House debates, so proximity to the House floor and access to representatives and staff are important for news gathering (such as taking pictures, video or audio recordings, and seeking comments or asking clarifying questions about bills).

3. Correspondents must be employed by a news organization "whose principal business is the regular dissemination of original, nonpartisan news to a broad segment of the public."

Publishing material about Iowa politics is the sole business of my employer, Bleeding Heartland, LLC. Its website

reaches thousands of readers each week and had approximately 1.32 million page views from 658,000 visitors during calendar year 2022.

The hundreds of posts Bleeding Heartland publishes annually include many about Iowa legislative happenings. Every week the site publishes original, nonpartisan news. Here are a few recent examples of such material:

https://www.bleedingheartland.com/2023/01/24/the-twelve-iowa-republicans-who-voted-against-school-vouchers/

https://www.bleedingheartland.com/2023/01/20/bruce-rastetter-weighs-in-with-iowa-lawmakers-on-school-vouchers/

https://www.bleedingheartland.com/2023/01/10/whos-who-in-the-iowa-house-for-2023/

https://www.bleedingheartland.com/2023/01/05/state-board-asks-iowa-lawmakers-to-regulate-recurring-campaign-donations/

4. I am not engaged in lobbying, advocacy, advertising, publicity, promotion, or other activities prohibited under the Iowa House work space policy, and I will not do so as an approved member of the press with Iowa House work space.

5. I abide by every point in the Society of Professional Journalists' Code of Ethics, as does my employer. This is documented on my employer's website. As mentioned above, I am also an individual member of the Society of Professional Journalists.

6. I have sole editorial control at Bleeding Heartland, and both my employer and I are independent of institutions, foundations, and interest groups that lobby state government.

Thank you for your consideration.

Yours,

Laura Belin

---------- Forwarded message ---------
From: **Laura Belin** <laurarbelin@bleedingheartland.com>
Date: Sat, Jan 7, 2023 at 9:19 PM
Subject: Re: 2023 Work Space Application
To: Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov>

Dear Meghan,

Please clarify which requirements of the Iowa House press work space policy I supposedly do not meet. I am confident that I fully comply with the policy, as a full-time paid employee of Bleeding Heartland, LLC who frequently publishes original reporting about the Iowa legislature.

Please also advise on the process for appealing your determination.

Yours,

Laura

On Sat, Jan 7, 2023 at 8:30 PM Nelson, Meghan [LEGIS] <Meghan.Nelson@legis.iowa.gov> wrote:

> Thank you for your application.

After review, you do not meet the requirements of the Iowa House of Representative's press work space policy. This does not prevent you from covering the proceedings of the Iowa House. In case you were unaware, all subcommittee and committee meetings are open to the public. You are also able to observe floor action from the public galleries on the north and south sides of the House chamber (accessible via the third floor), as well as stream it online via the Legislative website. Work space are not required to attend or observe these functions.

If you're interested in obtaining an interview with a specific State Representative, I'd encourage to reach out to them directly. Both the House Republicans and House Democrats have Communications Directors that can help arrange.

Thank you,

Meghan Nelson, MPA

Chief Clerk

Iowa House of Representatives

515.281.5383

--

1705 Plaza Circle
Windsor Heights, IA 50324
(515) 276-6971

Website: https://www.bleedingheartland.com

Substack: https://laurabelin.substack.com

--

1705 Plaza Circle
Windsor Heights, IA 50324
(515) 276-6971

Website: https://www.bleedingheartland.com

Substack: https://laurabelin.substack.com