# Exhibit K



Laura Belin <laurarbelin@bleedingheartland.com>

## 2024 Work Space Application

**Nelson, Meghan [LEGIS]** <Meghan.Nelson@legis.iowa.gov>  Fri, Jan 5, 2024 at 4:17 PM
To: Laura Belin <laurarbelin@bleedingheartland.com>

Thank you for your application.

After review, you do not meet the requirements of the Iowa House of Representative's press work space policy. This does not prevent you from covering the proceedings of the Iowa House.  All subcommittee and committee meetings are open to the public and are live streamed.   You are also able to observe floor action from the public galleries on the north and south sides of the House chamber (accessible via the third floor), as well as stream it online via the Legislative website.  The building has public wireless internet, if you need power in the galleries I can assist with that.

If you're interested in obtaining an interview with a specific State Representative, I'd encourage to reach out to them directly. Both the House Republicans and House Democrats have Communications Directors that can help arrange.

Meghan J. Nelson, MPA

Chief Clerk of the House of Representatives

State Capitol

Des Moines IA 50319

O: 515.281.5383

E: Meghan.nelson@legis.iowa.gov