UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LAURA BELIN,<br><br> *Plaintiff*,<br><br>v.<br><br>MEGHAN NELSON, in her official capacity as Chief Clerk of the Iowa House of Representatives,<br><br> *Defendant*. | Case No. _____ |

PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION

To all parties and their counsel of record:

Please take notice that, as soon as the matter may be heard, Plaintiff Laura Belin will and hereby moves the Court under Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65, for a temporary restraining order and for a preliminary injunction prohibiting Defendant Meghan Nelson and her officers, agents, divisions, commissions, and all persons acting under or in concert with her, from enforcing her unconstitutional press credential policy against Belin, withholding press credentials from journalists on account of their being "nontraditional" or "independent," and, further, enjoining Nelson from denying Belin access to the press work space on the Iowa House floor for the 2024 legislative session.

The grounds for this motion are set forth in the accompanying Brief, and declarations and exhibits in support which are being filed together with this motion and are expressly incorporated by reference herein.

| | |
|---|---|
| Respectfully submitted. | Dated: January 19, 2024 |
| Charles Miller* |    /s/ Jack Bjornstad |
| Ohio Bar No. 0073844 | Jack Bjornstad |
| Courtney Corbello* | Iowa Bar No. 16147 |
| Trial Counsel | JACK BJORNSTAD LAW OFFICE |
| Texas Bar No. 24097533 | 1700 Hill Avenue |
| INSTITUTE FOR FREE SPEECH | Spirit Lake, Iowa 51360 |
| 1150 Connecticut Ave., NW | Tel: 712-332-5225 |
| Suite 801 | jack@bjornstad.law |
| Washington, D.C. 20036 | |
| Tel: (202) 985-1644 | |
| Fax: (202) 301-3399 | |
| cmiller@ifs.org | |
| ccorbello@ifs.org | |

*Counsel for Laura Belin*
*\*pro hac vice admission being sought*