IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LAURA BELIN,<br><br>    Plaintiff,<br><br>v.<br><br>MEGHAN NELSON, in her official capacity as Chief of Clerk of the Iowa House of Representatives,<br><br>    Defendant. | Case No. 4:24-cv-00021-SHL-SBJ<br><br>APPEARANCE |

COMES NOW, Daniel Johnston, Assistant Attorney General, and hereby enters his Appearance on behalf of Meghan Nelson ("Defendant").

        Respectfully submitted,

        BRENNA BIRD
        Attorney General of Iowa

        /s/ *Daniel Johnston*
        Daniel Johnston
        Assistant Attorney General

        Iowa Department of Justice
        Hoover State Office Building
        Des Moines, Iowa 50319
        (515) 281-5191
        (515) 281-4209 (fax)
        daniel.johnston@ag.iowa.gov

        ATTORNEYS FOR DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

2

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on January 23, 2024:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ CM/ECF

Signature: */s/ Daniel Johnston*