UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LAURA BELIN,<br><br>    *Plaintiff,*<br><br>v.<br><br>MEGHAN NELSON, in her official capacity as Chief Clerk of the Iowa House of Representatives,<br><br>    *Defendant.* | Case No. 4:24-cv-00021 |

PLAINTIFF'S NOTICE OF WITHDRAWAL
OF REQUEST FOR TEMPORARY RESTRAINING ORDER

Plaintiff Laura Belin filed this suit against Defendant Meghan Nelson on January 19, 2024 alleging violations of her First Amendment rights. Dkt. 1. Concurrent with her complaint, Plaintiff also filed a Motion for Temporary Restraining Order and Preliminary Injunction. Dkt. 2. As of the date of this motion, Defendant has agreed to provide Plaintiff with the emergency temporary relief she has requested in the above-named motion. As such, Plaintiff hereby withdraws her Motion (Dkt. 2) insomuch as it seeks relief in the form of a temporary restraining order.

| | |
|---|---|
| Respectfully submitted. | Dated: February 9, 2024 |
| _/s/ Courtney Corbello_<br>Courtney Corbello*<br>Trial Counsel<br>Charles Miller*<br>Ohio Bar No. 0073844<br>Texas Bar No. 24097533<br>INSTITUTE FOR FREE SPEECH<br>1150 Connecticut Ave., NW<br>Suite 801<br>Washington, D.C. 20036<br>Tel: (202) 985-1644<br>Fax: (202) 301-3399<br>cmiller@ifs.org<br>ccorbello@ifs.org<br><br>_Counsel for Laura Belin_<br>*admitted pro hac vice | Jack Bjornstad<br>Iowa Bar No. 16147<br>JACK BJORNSTAD LAW OFFICE<br>1700 Hill Avenue<br>Spirit Lake, Iowa 51360<br>Tel: 712-332-5225<br>jack@bjornstad.law |