IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LAURA BELIN,<br><br>    Plaintiff,<br><br>v.<br><br>MEGHAN NELSON, in her official capacity as Chief Clerk of the Iowa House of Representatives,<br><br>    Defendant. | Case No. 4:24-cv-00021-SHL-SBJ<br><br>JOINT MOTION TO EXTEND DEADLINES ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Meghan Nelson ("Defendant") and Laura Belin ("Plaintiff," collectively "the Parties") request an extension of deadlines pertaining to Plaintiff's Motion for Preliminary Injunction.

Plaintiff filed her Verified Complaint for Declaratory and Injunctive Relief on January 19, 2024. She also moved for a Temporary Restraining Order and Preliminary Injunction the same day.

On February 9, 2024, Plaintiff filed a Notice of Withdrawal of the Request for Temporary Restraining Order. That notice advised that as of the date of the motion, "Defendant has agreed to provide Plaintiff with the emergency temporary relief she has requested" in the motion.

The Parties are currently discussing potential avenues for resolution of this case without the need for further Court intervention.

The Parties agree it is the most expeditious use of party and judicial resources to not proceed with litigation on the preliminary injunction at this time.

1

The Parties agree that if they reach an impasse on resolving this matter without court resolution, that either party may notify the Court of the need to proceed further on the Preliminary Injunction.

The Parties agree that Defendant should have fourteen days from the date of such notice to file any resistance to Plaintiff's Motion for Preliminary Injunction, with deadlines proceeding from there per rule.

No other extensions have been granted in this matter.

The Court has not set any other deadlines. The final pretrial conference and trial dates also have not been set.

Counsel for Defendant met with Counsel for Plaintiff on February 9, 2024, via telephone. The parties agree to an extension of deadlines consistent with the above.

WHEREFORE, the Parties respectfully request the Court pause Preliminary Injunction proceedings until such date as either party notifies the court of the need for such proceedings and establish the deadline for any resistance to Plaintiff's Motion for Preliminary Injunction to run from the date of such notice, giving Defendant fourteen days from the date of such notice to file any resistance.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Daniel Johnston*
Daniel Johnston
Assistant Attorney General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319

(515) 281-5191
(515) 281-4209 (fax)
daniel.johnston@ag.iowa.gov

ATTORNEYS FOR DEFENDANT

*/s/ Courtney Corbello*
Courtney Corbello*
Trial Counsel
Charles Miller*
Ohio Bar No. 0073844
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
ccorbello@ifs.org
cmiller@ifs.org
**admitted pro hac vice*

Jack Bjornstad
Iowa Bar No. 16147
JACK BJORNSTAD LAW OFFICE
1700 Hill Avenue
Spirit Lake, Iowa 51360
Tel: 712-332-5225
jack@bjornstad.law

ATTORNEYS FOR PLAINTIFF

*Original filed electronically.*
*Copy electronically served on all parties of record.*

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on February 9, 2024:

☐ U.S. Mail  ☐ FAX
☐ Hand Delivery  ☐ Overnight Courier
☐ Federal Express  ☐ Other
☒ CM/ECF

Signature: */s/ Daniel Johnston*