IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LAURA BELIN,<br><br>  Plaintiff,<br><br>v.<br><br>MEGHAN NELSON, in her official capacity as Chief Clerk of the Iowa House of Representatives,<br><br>  Defendant. | Case No. 4:24-cv-00021-SHL-SBJ<br><br><br>JOINT STATUS REPORT |

On February 12, 2024, this Court continued the deadlines relating to Plaintiff's Motion for a Preliminary Injunction. That order instructed the parties to file a joint status report as to the progression of this case by March 4, 2024.

On January 19, 2024, Plaintiff Laura Belin ("Plaintiff") filed her Verified Complaint for Declaratory and Injunctive Relief. She moved for a Temporary Restraining Order and Preliminary Injunction on the same day. Belin alleged violations of her First Amendment rights based on the Chief Clerk's work space application policy and denial of press credentials for the 2024 legislative session that would grant her access to the press box on the floor of the Iowa House of Representatives.

Thereafter, Defendant Meghan Nelson ("Defendant") issued a permanent press pass for the 2024 legislative session to Plaintiff. On February 9, 2024, Plaintiff filed a Notice of Withdrawal of Request for Temporary Restraining Order. The notice advised that as of the date of the motion "Defendant has agreed to provide Plaintiff

1

with the emergency temporary relief she has requested" in the motion. Also on February 9, the Parties jointly moved for a continuance of the deadlines on Plaintiff's Motion for Preliminary Injunction. On February 12, this court granted that motion, effectively pausing the deadlines until further order of the court and instructed the parties to file a status report by March 4.

The Parties are presently working to resolve this matter without further court intervention. The Parties have exchanged settlement proposals. The details of a final agreement have not been reached as of this date, but the Parties are continuing to work toward an amicable resolution. The Parties are navigating busy schedules due to the active legislative session, but they are attentive to this matter and seeking to resolve it.

Along with this report, the Parties are also filing a separate motion to continue the dates relating to Defendant's time to move or plead and relating to discovery, because the Parties hope to resolve this matter without further litigation.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ *Daniel Johnston*
Daniel Johnston
Assistant Attorney General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5191
(515) 281-4209 (fax)
daniel.johnston@ag.iowa.gov

ATTORNEYS FOR DEFENDANT

*/s/ Courtney Corbello*
Courtney Corbello*
Trial Counsel
Charles Miller*
Ohio Bar No. 0073844
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
ccorbello@ifs.org
cmiller@ifs.org
*admitted pro hac vice*

Jack Bjornstad
Iowa Bar No. 16147
JACK BJORNSTAD LAW OFFICE
1700 Hill Avenue
Spirit Lake, Iowa 51360
Tel: 712-332-5225
jack@bjornstad.law

ATTORNEYS FOR PLAINTIFF

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on March 4, 2024: |
| ☐ U.S. Mail             ☐ FAX |
| ☐ Hand Delivery         ☐ Overnight Courier |
| ☐ Federal Express       ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Daniel Johnston* |