IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LAURA BELIN,<br><br>Plaintiff,<br><br>v.<br><br>MEGHAN NELSON, in her official capacity as Chief Clerk of the Iowa House of Representatives,<br><br>Defendant. | Case No. 4:24-cv-00021-SHL-SBJ<br><br><br>JOINT STATUS REPORT |

On January 19, 2024, Plaintiff Laura Belin ("Plaintiff") filed her Verified Complaint for Declaratory and Injunctive Relief. She moved for a Temporary Restraining Order and Preliminary Injunction on the same day. Belin alleged violations of her First Amendment rights based on the Chief Clerk's work space application policy and denial of press credentials for the 2024 legislative session that would grant her access to the press box on the floor of the Iowa House of Representatives.

Thereafter, Defendant Meghan Nelson ("Defendant") issued a permanent press pass for the 2024 legislative session to Plaintiff. On February 9, 2024, Plaintiff filed a Notice of Withdrawal of Request for Temporary Restraining Order. The notice advised that as of the date of the motion "Defendant has agreed to provide Plaintiff with the emergency temporary relief she has requested" in the motion.

On March 4, 2024, this Court ordered that the deadlines currently pending in this suit were to be continued until further notice. That Order also instructed the parties to file a joint status report as to the progression of this case by April 1, 2024.

Pursuant to that Order, the Parties inform the Court that the Parties have executed a release and settlement agreement, dated March 20, 2024. That agreement included a settlement of costs and attorney's fees, which is awaiting final approval by the State Appeal Board, whose meeting is scheduled for April 2, 2024. Per the agreement, Plaintiff will dismiss this action with prejudice upon Defendant's payment of the agreed attorneys' fees and costs.

Dated: April 1, 2024

    Respectfully submitted.

*/s/Courtney Corbello*
Courtney Corbello*
Trial Counsel
Charles Miller*
Ohio Bar No. 0073844
Texas Bar No. 24097533
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW
Suite 801
Washington, D.C. 20036
Tel: (202) 985-1644
Fax: (202) 301-3399
ccorbello@ifs.org
cmiller@ifs.org
**admitted pro hac vice*

Jack Bjornstad
Iowa Bar No. 16147
JACK BJORNSTAD LAW OFFICE
1700 Hill Avenue

    Spirit Lake, Iowa 51360
    Tel: 712-332-5225
    jack@bjornstad.law

    *Attorneys for Plaintiff*

    BRENNA BIRD
    Attorney General of Iowa

    */s/ Daniel Johnston*
    Daniel Johnston
    Assistant Attorney General

    Iowa Department of Justice
    Hoover State Office Building
    Des Moines, Iowa 50319
    (515) 281-5191
    (515) 281-4209 (fax)
    daniel.johnston@ag.iowa.gov

    *Attorneys for Defendant*