# RELEASE AND SETTLEMENT AGREEMENT

This Release and Settlement Agreement, effective as of March 18, 2024 (the "Effective Date"), is entered into between Plaintiff Laura Belin and Defendant Meghan Nelson, in her official capacity as Chief Clerk of the Iowa House of Representatives.

## RECITALS

1. On January 19, 2024, Plaintiff filed a Verified Complaint for Declaratory and Injunctive Relief captioned *Laura Belin v. Meghan Nelson, in her official capacity as Chief Clerk of the Iowa House of Representatives*, Case No. 4:24-cv-00021-SHL-SBJ, in the United States District Court for the Southern District of Iowa (the "Action").

2. Plaintiff's Action alleged violations of the First and Fourteenth Amendments of the United States Constitution pursuant to 42 U.S.C. § 1983 related to the denial of press credentials for the 2024 legislative session in the Iowa House of Representatives.

3. On or about January 23, 2024, Defendant issued a permanent press pass to Plaintiff, granting her access to House of Representatives floor workspace for the 2024 legislative session.

4. In February 2024, Defendant updated the Iowa House Press Work Space Application Policy (the "Policy") to state in relevant part, "Correspondents must be a full-time employee of a news organization: . . . Whose principal business is the regular gathering and dissemination of original news to a broad segment of the public," and eliminated reference to the dissemination of "nonpartisan" news in this sentence.

5. The Parties agree that it is in their mutual best interest to fully and finally resolve all disputes between them, including but not limited to the disputes and claims for relief alleged in the Action, pursuant to the terms of this Agreement.

## AGREEMENT

**THEREFORE**, in consideration of the acts, promises, agreements, and covenants set forth herein, the Parties agree as follows:

**A.    Incorporation of Recitals.**

1. All above recitals are incorporated as material terms of this Agreement.

**B.    Non-Admission of Fault.**

1. Defendant admits no liability, guilt, or fault related to the Action. Defendant does not concede the Plaintiff would be or is the prevailing Party. The Parties agree to amicably resolve this matter without assignment of blame.

**C.    The Parties' Responsibilities.**

1. Within 10 days of Effective Date, Defendant will revise the Policy to add the following language: "A denial or revocation of work space will be accompanied by

1

notice from the Chief Clerk of the House of the policy criteria the applicant failed to meet" ("Notice Requirement"). This revision to the Policy will substantially conform to the draft version of the Policy attached hereto as Attachment 1.

2. Defendant will retain the revision to the Policy described in Paragraph 4 of the Recitals as also shown in Attachment 1.

3. The Chief Clerk will not revise the Policy to reincorporate the "nonpartisan" language of the prior Policy or remove the Notice Requirement.

4. The Parties agree no waiver of any immunity or defense relating to the Action has occurred or will occur as a result of this Agreement. The parties acknowledge that this Agreement does not affect the House's power to set its rules, policies, practices, or procedures, including over access to the House floor. This Agreement shall not be construed to affect the Chief Clerk's ability to otherwise revise the Policy, so long as such revisions do not violate the terms of this Agreement.

5. The Chief Clerk enters this agreement on behalf of herself only, not on behalf the Iowa House of Representatives or its leadership.

6. Without admitting liability or conceding that Plaintiff is the prevailing party, Defendant agrees to pay Plaintiff $49,004 in attorneys' fees and costs.

7. The Parties acknowledge this Release and Settlement Agreement is a public record pursuant to Iowa Code Chapter 22 and other pertinent statutory provisions.

8. The Parties acknowledge that approval of the full settlement amount by the State Appeal Board for the State of Iowa is a condition precedent to enforcement of this Agreement.

9. Plaintiff will file a Dismissal with Prejudice upon (1) Defendants' payment of the agreed attorneys' fees and costs; and (2) Plaintiff's receipt of written confirmation that the Policy has been revised as contemplated in this Agreement.

**D.   Release Provisions.**

1. Upon the filing of the Dismissal with Prejudice contemplated by Section C.9 above, the Parties agree to release, discharge, and forever hold the other harmless from all within and related presently existing claims, demands, or suits, known or unknown, fixed or contingent, liquidated or unliquidated, whether or not asserted in the Action as of this date. This mutual release runs to the benefit of all attorneys, agents, employees, officers, directors, shareholders, subsidiaries, and partners of the Parties.

2. The Parties understand and acknowledge that the facts and law upon which the foregoing releases are based may hereafter turn out to be other than or different from the facts and law now known or believed to be true. They assume the risk that the facts and law might be different and agree that such a difference will not terminate or entitle a party to rescind this Agreement.

**E.**     **Capacity of the Parties.**

      1.     The Parties individually warrant that each has the power, capacity, and authority to enter into this Agreement, and that no claim released by this Agreement has been or will be assigned to any third parties who are not signatories to this Agreement.

(*Signature block begins on next page*)

3/20/24
Date

_____
Laura Belin
*Plaintiff*

March 20, 2024
Date

_____
Meghan Nelson
*In her official capacity as Chief Clerk of the Iowa House of Representatives*
*Defendant*

*Approved as to form:*

March 20, 2024
Date

_____
Courtney Corbello
INSTITUTE FOR FREE SPEECH
*Attorneys for Plaintiff*

March 20, 2024
Date

_____
Daniel Johnston
IOWA ATTORNEY GENERAL'S OFFICE
*Attorneys for Defendant*

4

## Iowa House Press Work Space Application Policy

The Chief Clerk of the House administers work space on the floor of the Iowa House to news organizations requiring on-site access to cover the Iowa House of Representatives. There are two types of applications available: a one-day, temporary pass; and a permanent pass, which is valid for one (1) year.

The Chief Clerk will assign seats in the press box. Preference will be given to full-time, paid employees of a news organization with the greatest and most frequent need for House floor access, as determined at the discretion of the Chief Clerk of the House.

How to Apply for House Floor Work Space
Persons desiring work space on the House floor shall apply to the Chief Clerk of the House. Applications are subject to review and approval by the Chief Clerk.

Applications for permanent work space on the House floor for the 2024 Legislative Session are due to the Chief Clerk of the House by January 5, 2024.  Members of the press wishing to obtain a one-day, temporary pass must fill out and submit the work space application at least 24 hours prior to the date in which on-site access is requested. Applicants will be notified via email if his or her application is approved.

Work space applications must include the name of the applicant, the news organization they are employed by, and contact information (i.e. phone, email, address, etc.). Failure to provide information to the Chief Clerk for this determination, or misrepresenting information, can result in the denial or revocation of work space.

Policies and Procedures
Administration of the press box shall be vested in the Chief Clerk of the House.

The Chief Clerk of the House shall limit work space to bona fide correspondents of repute in their profession. An applicant for work space must establish to the satisfaction of the Chief Clerk of the House that he or she is a full-time paid employee of a news organization who requires on-site access to House representatives and staff. Correspondents must be a full-time employee of a news organization:
- With the General Publication periodicals mailing privileges under U.S. Postal Service rules, and that publishes regularly; or
- Whose principal business is the regular gathering and dissemination of original news to a broad segment of the public.

The applicant must not be engaged in any lobbying or advocacy, advertising, publicity, or promotion for any individual, political party, group, corporation, organization, or a federal, state or local government agency, or in prosecuting any claim before the House or any federal, state, or local government department, and will not do so while an approved member of the press with House floor work space. The applicant must abide by the Society of Professional Journalists' Code of Ethics.

The applicant's publication must be both editorially independent of any institution, foundation or interest group that lobbies the state government and also established principally as a general news organization.

**Attachment 1**

The Chief Clerk of the House shall limit work space issued to the amount the space can accommodate. Preference will be given to full-time, paid correspondents with the greatest need for frequent access to the House Floor at the discretion of the Chief Clerk of the Iowa House.

A denial or revocation of work space will be accompanied by notice from the Chief Clerk of the House of the policy criteria the applicant failed to meet.

Student journalists from Iowa high schools and universities who do not meet the requirement for full-time employment may be granted a one-day, temporary pass at the discretion of the Chief Clerk of the House provided they meet every other requirement outlined in this work space policy.

Part-time employees of a qualifying news organization, who do not meet the requirement for full-time employment may be granted a one-day, temporary pass at the discretion of the Chief Clerk of the House, provided their work with the qualifying news organization is their primary form of employment, and they meet every other requirement outlined in this work space policy.

Members of the press with House floor work space have access to the House chamber, but are restricted to the press box area. Members of the press must receive approval from the Chief Clerk to use any area of the chamber other than the designated press areas during session. Members of the press may leave the press box area only to travel continuously to the restrooms or south doors to the second-floor rotunda. Members of the press shall not approach members on the House floor but may contact communications directors in the Speaker or Minority Leader's offices to arrange interviews. Representatives and staff may, on their own initiative, seek out members of the press on the House floor.

Each news organization is responsible for the conduct of their employees on the House floor. Failure of a member of a news organization to abide by the House Rules and House Press Work Space Policy may result in the revocation of all work space issued to that news organization.

The Iowa Capitol Building is a public building open to members of the general public. The public may observe floor debate in the House in both the north and south galleries of the House chamber, which is accessible from the third floor. Additionally, subcommittee and committee meetings in the House are open to members of the public. Work space is not required to attend or observe these functions.

Anyone who has been issued work space by the House and is found to be in violation of these policies, procedures or House Rules will have their work space access revoked and will no longer be granted access to the House Chamber for a time period to be determined by the Chief Clerk of the House.

**Attachment 1**